# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA
IN THE INTEREST OF D.B.

NO. 2024 KW 1162

**FEBRUARY 10, 2025**

---

In Re:    D.B., applying for supervisory writs, 23rd Judicial
          District Court, Parish of Ascension, No. 24252.

---

**BEFORE:    PENZATO, STROMBERG, AND CALLOWAY,[1] JJ.**

**WRIT DENIED.**

                              AHP
                              TPS
                              CAC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT

---

[1]**Calloway, J.,** serving as judge *pro tempore* of the Court of Appeal,
First Circuit, by special appointment of the Louisiana Supreme Court.